# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MESHELL A. HALE

NO. 2022 KW 0688

**AUGUST 29, 2022**

---

In Re:   Meshell A. Hale, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-18-0117.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

JMM
PMc
GH

COURT OF APPEAL, FIRST CIRCUIT

_a.Sw̄_

DEPUTY CLERK OF COURT
FOR THE COURT